**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| HARBURG MEDICAL SALES CO., | : No. 537 MAL 2021 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| PMA MANAGEMENT CORP. (BUREAU OF | : |
| WORKERS' COMPENSATION, FEE | : |
| REVIEW HEARING OFFICE), | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 31st day of March, 2022, the Petition for Allowance of Appeal is

**DENIED**.

     Justice Brobson did not participate in the consideration or decision of this matter.